# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154459 & (36)

PENELOPE N. BAILER,
      Plaintiff-Appellee,

v

                                  SC:  154459
                                  COA:  334823
DETROIT CITY CLERK and                    Wayne CC:  16-011797-AW
WAYNE COUNTY ELECTION COMMISSION,
      Defendants-Appellees,

and

ROBERT DAVIS and DESMOND M.WHITE,
      Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2016



p0922

                                             Clerk